B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Oregon

In re   **Metatron Health LLC**
                                              Case No.   **25-30533-dwh11**
                                    Debtor(s)       Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ............................................. $ _____

Prior to the filing of this statement I have received ............................ $ _____

Balance Due ....................................................................................... $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ............. $          **15,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............ $             **540.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **1/23/2025 - $2,250.00 paid by Debtor**
                                          **1/24/2025 - $1,750.00 paid by Debtor**
                                          **1/27/2025 - $2,500.00 paid by Debtor**
                                          **2/3/2025 - $3,500.00 paid by Debtor**
                                          **2/6/2025 - $2,500.00 paid by Debtor**
                                          **2/7/2025 - $2,500.00 paid by Lumera Regenerative Group, Inc.**

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re   **Metatron Health LLC**
                                                Case No.   **25-30533-dwh11**
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 10, 2025**
*Date*

**/s/ Nicholas J. Henderson OR:**
**Nicholas J. Henderson OR: 074027**
*Signature of Attorney*
**Elevate Law Group**
**6000 SW Meadows Road**
**Suite 450**
**Lake Oswego, OR 97035**
**(503) 417-0500   Fax: (503) 417-0501**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name    **Metatron Health LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **25-30533-dwh11**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 10, 2025**           X **/s/ Robert Miracle**
                                         Signature of individual signing on behalf of debtor

                                         **Robert Miracle**
                                         Printed name

                                         **Authorized Representative**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Metatron Health LLC**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     **25-30533-dwh11**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $      **2,140,769.05**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................    $      **2,140,769.05**

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **2,013,749.16**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      **4,282,103.71**

4.    **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                    $      **6,295,852.87**

---

**Fill in this information to identify the case:**

Debtor name __**Metatron Health LLC**__

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  __**25-30533-dwh11**__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **WaFd** | **Checking** | **8987** | **$4,954.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$4,954.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| | | | | |
| --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | **6,740.00** | - | **0.00** | = .... | **$6,740.00** |
| | face amount | | doubtful or uncollectible accounts | |

Debtor    **Metatron Health LLC**                                  Case number *(If known)*  **25-30533-dwh11**
          Name

12.    **Total of Part 3.**                                                    | $6,740.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Medical Supplies** | | Unknown | | $7,000.00 |
| **Aesthetic Supplies and injectables** | | Unknown | | $17,850.00 |
| **Inventory and Supplies** | | $0.00 | | $130,000.00 |

23.    **Total of Part 5.**                                                    | $154,850.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

Debtor **Metatron Health LLC**
_____
Name

Case number *(If known)* **25-30533-dwh11**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Various Office Furniture** | **$0.00** | | **$3,500.00** |
| | **Various Waiting Room Furniture** | **$0.00** | | **$17,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers and IPads (22)** | **$0.00** | | **$12,000.00** |
| | **Telephone System** | **$0.00** | | **$3,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| **$36,000.00** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor   **Metatron Health LLC**                                    Case number *(If known)* **25-30533-dwh11**
          Name

| | | | |
|---|---|---|---|
| **Sciton MJoule Laser** | **$0.00** | | **$120,000.00** |
| **BTL EMSculpt Treatment System and Accessories** | **$0.00** | | **$50,000.00** |
| **Sciton JouleX Laser System** | **$0.00** | | **$175,000.00** |
| **BTL Emsella with control unit and chair applicator** | **$0.00** | | **$30,000.00** |
| **BTL Industries, Inc. Emtone Laser, accessories, attachments** | **$0.00** | | **$49,000.00** |
| **2022 Emface Laser** | **Unknown** | | **$0.00** |
| **Jouler X 106464 nm Module Nd YAG Laser and accessories** | **$0.00** | | **$112,500.00** |
| **Joule X Multi-Laser Wavelength Platform 220 VAC, stand, handpieces, and accessories** | **$0.00** | | **$100,000.00** |
| **Other Equipment??** | **$0.00** | | **$250,000.00** |
| **CoolSculpting Machine** | **Unknown** | | **$95,000.00** |
| **Ultrasound Machine** | **Unknown** | | **$25,000.00** |
| **Hydrafacial Machines (3)** | **Unknown** | | **$45,000.00** |
| **BTL EMSculpt Treatment System and Accessories** | **$0.00** | | **$55,000.00** |
| **BTL Industries, Inc. Entone, accessories, and attachments** | **$0.00** | | **$49,000.00** |
| **Pronox Machines (2)** | **$0.00** | | **$7,000.00** |
| **Visia Facial Scanner with Monitor/software** | **$0.00** | | **$15,000.00** |
| **Exam Tables GYN (2)** | **$0.00** | | **$12,000.00** |
| **Exam Tables and Beds (13)** | **$0.00** | | **$39,000.00** |
| **Lab Equipment** | **$0.00** | | **$33,000.00** |

| Debtor | **Metatron Health LLC** | | Case number *(If known)* **25-30533-dwh11** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Refridgerators and Drug Storage** | $0.00 | $4,500.00 |
| **Various TX and Room Equipment** | $0.00 | $3,450.00 |
| **Washer/Dryer** | $0.00 | $1,200.00 |
| **BLT Emface** | $0.00 | $75,000.00 |
| **Bare HR by Sciton** | $0.00 | $65,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $1,410,650.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Patient/Customer List** | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Goodwill** | Unknown | | $0.00 |

Debtor    **Metatron Health LLC**    Case number *(if known)* **25-30533-dwh11**
_____ Name _____

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

**Mofus Domus, LLC**    **505,075.05** -    **0.00** =    **$505,075.05**
_____    Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Crystals**    **$22,500.00**

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$527,575.05** |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Metatron Health LLC**                                    Case number *(If known)* **25-30533-dwh11**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,954.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,740.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $154,850.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $36,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,410,650.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $527,575.05 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,140,769.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,140,769.05 |

**Fill in this information to identify the case:**

Debtor name **Metatron Health LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **25-30533-dwh11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **AbbVie Inc.** | | |
|---|---|---|---|

Creditor's Name

**62671 Collections Center Drive**
**Chicago, IL 60693-0626**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**3773**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$386,642.13** | **Unknown**

| 2.2 | **Dext Capital, LLC** | $78,000.00 | $120,000.00 |
|---|---|---|---|

Creditor's Name

**PO Box 74007351**
**Chicago, IL 60674-7351**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**8001**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Sciton MJoule Laser**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Metatron Health LLC** | | Case number (if known) | **25-30533-dwh11** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **EverBank** | Describe debtor's property that is subject to a lien | $210,000.00 | $175,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Sciton JouleX Laser System** | | |

**1750 Lincoln Street
Sept. 1608
Denver, CO 80274**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2023
Last 4 digits of account number
9818**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

---

| 2.4 | **First Citizens Bank & Trust Co.** | Describe debtor's property that is subject to a lien | $133,196.00 | $112,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Jouler X 106464 nm Module Nd YAG Laser and accessories** | | |

**Central Bank Operations
PO Box 27131
Raleigh, NC 27611-7131**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/21/2020
Last 4 digits of account number
2295**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

---

| 2.5 | **First Citizens Bank & Trust Co.** | Describe debtor's property that is subject to a lien | $215,425.00 | $100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Joule X Multi-Laser Wavelength Platform 220 VAC, stand, handpieces, and accessories** | | |

**Central Bank Operations
PO Box 27131
Raleigh, NC 27611-7131**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

| Debtor | **Metatron Health LLC** | Case number (if known) | **25-30533-dwh11** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**7/14/2020**

**Last 4 digits of account number**

**0045**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **First Federal Bank & Trust** | Describe debtor's property that is subject to a lien | $107,500.00 | $75,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **BLT Emface** | | |

**PO Box 6007**
**Sheridan, WY 82801**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Great America Financial Services** | Describe debtor's property that is subject to a lien | $105,000.00 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **BTL Emsella with control unit and chair applicator** | | |

**PO Box 660831**
**Dallas, TX 75266-0831**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**4/2022**

**Last 4 digits of account number**

**0000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **Metatron Health LLC** | Case number (if known) | **25-30533-dwh11** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **IRS** | Describe debtor's property that is subject to a lien | $156,350.33 | $156,350.33 |
|---|---|---|---|---|

Creditor's Name
**Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101**
Creditor's mailing address

**All Assets**

Creditor's email address, if known

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**7706**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Navitas Credit Corp.** | Describe debtor's property that is subject to a lien | $55,063.50 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name
**201 Executive Center Dr., Suite 100
Columbia, SC 29210**
Creditor's mailing address

**BTL EMSculpt Treatment System and Accessories**

**ssmith@navitascredit.com**
Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**2183**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **OnePlace Capital** | Describe debtor's property that is subject to a lien | $71,661.10 | $49,000.00 |
|---|---|---|---|---|

Creditor's Name
**1920 Center Creek Drive
Fairmont, MN 56031**
Creditor's mailing address

**BTL Industries, Inc. Emtone Laser, accessories, attachments**

**jlint@oneplacecapital.com**
Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No

---

Debtor   **Metatron Health LLC**
_____   Case number (if known)   **25-30533-dwh11**
Name

**2023**
**Last 4 digits of account number**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7979**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 | | |
|---|---|---|
| 1 |

**OnePlace Capital**   **Describe debtor's property that is subject to a lien**   $71,661.10   $49,000.00
Creditor's Name
**BTL Industries, Inc. Entone, accessories, and**
**1920 Center Creek Drive**   **attachments**
**Fairmont, MN 56031**
Creditor's mailing address   **Describe the lien**

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known   ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**   ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 | | |
|---|---|---|
| 2 |

**unknown**   **Describe debtor's property that is subject to a lien**   $210,000.00   $95,000.00
Creditor's Name
**CoolSculpting Machine**

Creditor's mailing address   **Describe the lien**

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known   ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**   ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No   ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 | | |
|---|---|---|
| 3 |

**unknown**   **Describe debtor's property that is subject to a lien**   $1,250.00   $7,000.00

---

Debtor **Metatron Health LLC**
Name

Case number (if known) **25-30533-dwh11**

Creditor's Name

**Medical Supplies**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **unknown** | **Describe debtor's property that is subject to a lien** | $109,000.00 | $17,850.00 |
|---|---|---|---|---|

Creditor's Name

**Aesthetic Supplies and injectables**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **unknown** | **Describe debtor's property that is subject to a lien** | $103,000.00 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bare HR by Sciton**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor    **Metatron Health LLC**

_____
        Name

Case number (*if known*)    **25-30533-dwh11**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $2,013,749.16 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AbbVie Inc.** **Attn: Ada Nguyen** **12331-A Riata Trace Parkway** **Austin, TX 78727** | Line **2.1** | **3773** |
| **AbbVie Inc.** **2525 Dupont Drive** **Irvine, CA 92612** | Line **2.1** | |
| **Bank Midwest** **505 Market Street, Suite 110** **West Des Moines, IA 50266** | Line **2.10** | |
| **Fox Rothschild** **Attn: David P. Papiez** **1001 Fourth Ave., Suite 4400** **Seattle, WA 98154** | Line **2.4** | |
| **Fox Rothschild** **Attn: David P. Papiez** **1001 Fourth Ave., Suite 4400** **Seattle, WA 98154** | Line **2.5** | |
| **TIAA, FSB** **10 Waterview Blvd.** **Parsippany, NJ 07054** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name  **Metatron Health LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)  **25-30533-dwh11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176,833.17** |
|---|---|---|---|

**American Express Bank**
**PO Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **1008**

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,999.99** |
|---|---|---|---|

**Andrea Day**
**c/o Markowitz Herbold**
**Attn: Adele Ridenour**
**1455 SW Broadway, Suite 1900**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **n/a**

Basis for the claim:  **Wages Claimed**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00** |
|---|---|---|---|

**Bittner Hahs Postma Swan**
**4949 Meadows Road, Suite 260**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,310.72** |
|---|---|---|---|

**BR USA LLC**
**c/o Davis & Jones LLC**
**Jeremiah Arrowood**
**3120 Sabre Dr STE 280**
**Southlake, TX 76092-2102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **6228**

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Metatron Health LLC** | Case number (if known) | **25-30533-dwh11** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,912.10**

**Capital One**
**PO Box 60599**
**City of Industry, CA 91716-0599**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **1967**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,000.00**

**Cordell Neher PLLC**
**175 Penny Rd #1**
**Wenatchee, WA 98801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,960.04**

**First Citizens Bank & Trust Co.**
**Central Bank Operations**
**PO Box 27131**
**Raleigh, NC 27611-7131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  **0974**

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First Federal Bank & Trust**
**671 Illinois Street**
**PO Box 6007**
**Sheridan, WY 82801**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **9817**

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Lumera Regenerative Group Inc**
**c/o Robert Miracle**
**2238 SE 33rd**
**Portland, OR 97209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,212.00**

**Merz Aesthetics**
**6501 Six Fork Road**
**Raleigh, NC 27615**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  _

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,121.00**

**Merz Aesthetics**
**6501 Six Fork Road**
**Raleigh, NC 27615**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  _

Basis for the claim:  **Purchases Made**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Metatron Health LLC** | Case number (if known) | **25-30533-dwh11** |
|---|---|---|---|
| | Name | | |

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$980,000.00**

**Nikolay Antonov, Anna Antonov, and McNaire Underwriters LLC**
**15601 SE Mill Plain Blvd.**
**Vancouver, WA 98648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2024**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,965.60**

**Rachel Kuhl**
**3049 Southwest 36th Ave.**
**Portland, OR 97221**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Wages Claimed**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400,000.00**

**Roberta Huang, MD**
**6464 SW Borland Road**
**Tualatin, OR 97062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:  Loans**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SagaCity Media**
**c/o Szabo Associates, Inc.**
**Attn: Michael L. Peterson**
**3355 Lenox Road, N.E., Suite 945**
**Atlanta, GA 30326-1332**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Precautionary**

Last 4 digits of account number  **5201**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,789.09**

**Site Centers Corp.**
**3300 Enterprise Pkwy**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Past Due Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **JJH Law, PC**<br>**Attn: Taylor Duty**<br>**1640 NW Irving St.**<br>**Portland, OR 97209** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Wendtland & Wendtland LLP**<br>**Attn: Noah Grovenstein**<br>**2161 Cofeen Ave., Suite 301**<br>**Sheridan, WY 82801** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Metatron Health LLC** | Case number (if known) | **25-30533-dwh11** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Zwicker & Associates, P.C.**<br>**12550 SE 93rd Ave., Suite 430**<br>**Clackamas, OR 97015** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **4,282,103.71** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **4,282,103.71** |

**Fill in this information to identify the case:**

Debtor name     **Metatron Health LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **25-30533-dwh11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>**Office Lease**<br>**6464 SW Borland Road,**<br>**Suite C3**<br>**Tualatin**<br>**$5,300**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mophus Domus LLC**<br>**2833 SE 33rd Place**<br>**Tualatin, OR 97062** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>**Office Lease**<br>**The Blocks /**<br>**Metropolitan**<br>**1015 NW Lovejoy**<br>**Portland, OR**<br><br>State the term remaining  **7 Years**<br><br>List the contract number of any government contract | **Site Centers Corp.**<br>**3300 Enterprise Pkwy**<br>**Beachwood, OH 44122** |

**Fill in this information to identify the case:**

Debtor name    **Metatron Health LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **25-30533-dwh11**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Lumera LLC** | **6464 SW Borland Rd. Suite C3 Tualatin, OR 97062** | **First Federal Bank & Trust** | ☐ D _____ ■ E/F **3.8** ☐ G _____ |
| 2.2 | **Robert Miracle** | **6464 SW Borland Road Tualatin, OR 97062** | **AbbVie Inc.** | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Roberta Huang** | **6464 SW Borland Road Tualatin, OR 97062** | **Nikolay Antonov, Anna Antonov, and** | ☐ D _____ ■ E/F **3.12** ☐ G _____ |
| 2.4 | **Roberta Huang** | **6464 SW Borland Road Tualatin, OR 97062** | **Rachel Kuhl** | ☐ D _____ ■ E/F **3.13** ☐ G _____ |
| 2.5 | **Roberta Huang** | **6464 SW Borland Road Tualatin, OR 97062** | **First Citizens Bank & Trust Co.** | ■ D **2.5** ☐ E/F _____ ☐ G _____ |

Debtor   **Metatron Health LLC**                                    Case number *(if known)*   **25-30533-dwh11**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Roberta Huang**     **6464 SW Borland Road** <br> **Tualatin, OR 97062** | **First Citizens Bank & Trust Co.** | ■ D   __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Roberta Huang**     **6464 SW Borland Road** <br> **Tualatin, OR 97062** | **Dext Capital, LLC** | ■ D   __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Roberta Huang**     **6464 SW Borland Road** <br> **Tualatin, OR 97062** | **Site Centers Corp.** | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Metatron Health LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  **25-30533-dwh11**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$107,052.76** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$2,029,507.50** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$2,028,160.25** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Metatron Health LLC | Case number *(if known)* | 25-30533-dwh11 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Dext Capital, LLC<br>PO Box 74007351<br>Chicago, IL 60674-7351 | 12/4/2024,<br>12/31/2024,<br>1/29/2025 | $17,161.91 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Antonov, et al. v. Metatron Health LLC, et al<br>23CV40471 | Civil | Clackamas County Circuit Court<br>807 Main St<br>Oregon City, OR 97045 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. Antonov, et al. v. Metatron Health, LLC<br>Case No. 24CN02727 | Contempt - Remedial | Clackamas County Circuit Court<br>807 Main St<br>Oregon City, OR 97045 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. Andrea Day v. Metatron Health LLC<br>Case No. 25CV04429 | Civil | Multnomah County Circuit Court<br>1200 SW 1st<br>Portland, OR 97204 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Metatron Health LLC**                                    Case number *(if known)*    **25-30533-dwh11**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Rachel Kuhl v. Metatron Health LLC**<br>**25SC02052** | **Civil - Small Claims** | **Multnomah County Circuit Court**<br>**Small Claims Department**<br>**1200 SW 1st**<br>**Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<br>

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor   **Metatron Health LLC** _____   Case number *(if known)*  **25-30533-dwh11** _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 1/23/2025 - $2,250.00 retainer paid by Debtor 1/24/2025 - $1,750.00 retainer paid by Debtor 1/27/2025 - $2,500.00 retainer paid by Debtor 2/3/2025 - $3,500.00 retainer paid by Debtor 2/6/2025 - $2,500.00 retainer paid by Debtor 2/7/2025 - $2,500.00 retainer paid by Lumera Regenerative Group, Inc. | |
| | **Elevate Law Group 6000 SW Meadows Road Suite 450 Lake Oswego, OR 97035** | **Attorney Fees** | | **$15,000.00** |
| | **Email or website address www.elevatelawpdx.com** | | | |
| | **Who made the payment, if not debtor? See below** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

Debtor    **Metatron Health LLC**

Case number *(if known)*    **25-30533-dwh11**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Metatron Health LLC**                                      Case number *(if known)*  **25-30533-dwh11**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

| Debtor | Metatron Health LLC | Case number *(if known)* | **25-30533-dwh11** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Cordell, Neher & Company, PLLC<br>Attn: Kyle Meissner, CPA<br>175 E Penny Rd #1<br>Wenatchee, WA 98801** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roberta Huang** | **6464 SW Borland Road<br>Tualatin, OR 97062** | **Member** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Metatron Health LLC** | Case number *(if known)* | **25-30533-dwh11** |
|---|---|---|---|

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Roberta Huang**<br>**6464 SW Borland Road**<br>**Tualatin, OR 97062** | **See Attached Statement 30-1**<br>**$10,137.23 paid during one-year period** | **See Attached - Statement 30-1** | **Payments and expense reimbursements** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **Robert Miracle**<br>**6464 SW Borland Road**<br>**Tualatin, OR 97062** | **See Attached - Statement 30-2**<br>**$48,331.00 during one-year period** | **See Attached - Statement 30-2** | **Payments and expense reimbursement** |
| | Relationship to debtor<br>**Employee/Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Metatron Health LLC**                                         Case number *(if known)*  **25-30533-dwh11**

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 10, 2025**

**/s/ Robert Miracle**                                            **Robert Miracle**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

In re: Metatron Health LLC
Case No. 25-30533-dwh11

**STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 30-1**

| DATE | TYPE | REF NO. | CONTACT | AMOUNT |
|---|---|---|---|---|
| 11/4/2024 | Check | | Roberta Huang | $500.00 |
| 9/30/2024 | Expense | | Roberta Huang | $770.00 |
| 9/19/2024 | Check | | Roberta Huang | $500.00 |
| 9/17/2024 | Expense | | Roberta Huang | $300.00 |
| 9/11/2024 | Expense | | Roberta Huang | $363.00 |
| 9/4/2024 | Check | 2049 | Roberta Huang | $395.00 |
| 8/27/2024 | Expense | | Roberta Huang | $150.00 |
| 8/27/2024 | Expense | | Roberta Huang | $150.00 |
| 8/26/2024 | Expense | | Roberta Huang | $400.00 |
| 8/7/2024 | Expense | | Roberta Huang | $300.00 |
| 8/6/2024 | Expense | | Roberta Huang | $341.00 |
| 7/17/2024 | Expense | | Roberta Huang | $350.00 |
| 7/10/2024 | Expense | | Roberta Huang | $300.00 |
| 7/9/2024 | Expense | | Roberta Huang | $600.00 |
| 7/9/2024 | Expense | | Roberta Huang | $850.00 |
| 6/13/2024 | Expense | | Roberta Huang | $300.00 |
| 5/30/2024 | Expense | | Roberta Huang | $307.77 |
| 5/14/2024 | Expense | | Roberta Huang | $411.77 |
| 4/15/2024 | Expense | | Roberta Huang | $371.47 |
| 4/10/2024 | Expense | | Roberta Huang | $300.00 |
| 4/2/2024 | Expense | | Roberta Huang | $800.00 |

In re: Metatron Health LLC
Case No. 25-30533-dwh11

| | | | | |
|---|---|---|---|---|
| 4/2/2024 | Expense | | Roberta Huang | $555.00 |
| 3/13/2024 | Expense | | Roberta Huang | $100.00 |
| 2/20/2024 | Expense | | Roberta Huang | $222.22 |

$9,637.23

In re: Metatron Health LLC
Case No. 25-30533-dwh11

**STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 30-2**

| DATE | TYPE | REF NO. | CONTACT | AMOUNT |
|---|---|---|---|---|
| 2/4/2025 | Expense | | Rob Miracle | $400.00 |
| 1/27/2025 | Expense | | Rob Miracle | $180.00 |
| 12/30/2024 | Expense | | Rob Miracle | $200.00 |
| 12/24/2024 | Expense | | Rob Miracle | $1,000.00 |
| 12/23/2024 | Expense | | Rob Miracle | $1,000.00 |
| 12/20/2024 | Expense | | Rob Miracle | $500.00 |
| 12/18/2024 | Expense | | Rob Miracle | $250.00 |
| 12/12/2024 | Expense | | Rob Miracle | $100.00 |
| 12/12/2024 | Expense | | Rob Miracle | $200.00 |
| 12/12/2024 | Expense | | Rob Miracle | $250.00 |
| 12/11/2024 | Expense | | Rob Miracle | $500.00 |
| 12/9/2024 | Expense | | Rob Miracle | $300.00 |
| 12/9/2024 | Expense | | Rob Miracle | $175.00 |
| 11/29/2024 | Expense | | Rob Miracle | $2,000.00 |
| 11/27/2024 | Expense | | Rob Miracle | $2,000.00 |
| 11/26/2024 | Expense | | Rob Miracle | $1,300.00 |
| 11/18/2024 | Expense | | Rob Miracle | $125.00 |
| 11/13/2024 | Expense | | Rob Miracle | $1,500.00 |
| 11/12/2024 | Expense | | Rob Miracle | $3,000.00 |
| 11/12/2024 | Expense | | Rob Miracle | $3,000.00 |
| 11/8/2024 | Expense | | Rob Miracle | $1,810.00 |
| 11/5/2024 | Expense | | Rob Miracle | $1,850.00 |
| 11/5/2024 | Expense | | Rob Miracle | $150.00 |
| 10/31/2024 | Expense | | Rob Miracle | $910.00 |
| 10/29/2024 | Expense | | Rob Miracle | $800.00 |
| 10/28/2024 | Expense | | Rob Miracle | $200.00 |
| 10/25/2024 | Expense | | Rob Miracle | $840.00 |
| 10/22/2024 | Expense | | Rob Miracle | $2,000.00 |
| 10/18/2024 | Expense | | Rob Miracle | $300.00 |
| 10/17/2024 | Expense | | Rob Miracle | $500.00 |
| 10/17/2024 | Expense | | Rob Miracle | $3,000.00 |
| 10/16/2024 | Expense | | Rob Miracle | $600.00 |
| 10/9/2024 | Expense | | Rob Miracle | $2,800.00 |
| 10/2/2024 | Expense | | Rob Miracle | $400.00 |
| 9/30/2024 | Expense | | Rob Miracle | $800.00 |
| 9/16/2024 | Expense | | Rob Miracle | $150.00 |
| 9/13/2024 | Expense | | Rob Miracle | $700.00 |
| 9/12/2024 | Expense | | Rob Miracle | $363.00 |
| 9/12/2024 | Expense | | Rob Miracle | $500.00 |

In re: Metatron Health LLC
Case No. 25-30533-dwh11

| DATE | TYPE | REF NO. | CONTACT | AMOUNT |
|---|---|---|---|---|
| 9/11/2024 | Expense | | Rob Miracle | $1,500.00 |
| 9/11/2024 | Expense | | Rob Miracle | $335.00 |
| 9/11/2024 | Expense | | Rob Miracle | $130.00 |
| 9/10/2024 | Expense | | Rob Miracle | $1,500.00 |
| 9/9/2024 | Expense | | Rob Miracle | $2,000.00 |
| 9/3/2024 | Expense | | Rob Miracle | $500.00 |
| 8/26/2024 | Expense | | Rob Miracle | $2,000.00 |
| 8/24/2024 | Expense | | Rob Miracle | $50.00 |
| 8/23/2024 | Expense | | Rob Miracle | $1,800.00 |

$46,468.00

# United States Bankruptcy Court
## District of Oregon

In re  **Metatron Health LLC**

                Debtor(s)

Case No.  **25-30533-dwh11**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Roberta Huang<br>6464 SW Borland Road<br>Tualatin, OR 97062 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 10, 2025**

Signature  **/s/ Robert Miracle**

                     **Robert Miracle**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Oregon

In re    **Metatron Health LLC**          Case No.    **25-30533-dwh11**

                       Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 10, 2025**                  **/s/ Robert Miracle**

                                         **Robert Miracle**/**Authorized Representative**
                                         Signer/Title