UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re                                )
                                     )
Metatron Health,                     )
                                     )
                                     )No. 2530533dwh11
                                     )
              Debtor.                )
                                     )
                                     )
                          _____)
    ,

            DEPOSITION OF ROBERTA HUANG, M.D.


            This deposition taken remotely by all

parties pursuant to notice on Thursday, June 5,

2025, commencing at 6:16 p.m.

    ,

EXHIBIT 17
1 of 32

1                    APPEARANCES

2    For the Creditors Anna & Nicolay Antonov:

3    TABOR LAW GROUP
     BY:  Stephen A. Raher, Esquire
4    4110 Southeast Hawthorne Boulevard, PMB 506
     Portland, OR 97214
5    (971) 867-2440
     sraher@pdx-law.com
6

7    For the Creditors Anna & Nicolay Antonov:

8    JJH LAW
     BY:  Taylor Duty, Esquire (via Zoom)
9    1640 Northwest Irving Street
     Portland, OR 97209
10   (503) 552-1467
     taylor@jjh-law.com
11

12   For the Debtor:

13   ELEVATE LAW GROUP
     BY:  Nick Henderson, Esquire
14   6000 Meadows Road, Suite 450
     Lake Oswego, OR 97035
15   (503) 417-0508
     nick@elevatelawpdx.com
16

17

18

19   Court Reporter:

20   Molly K. Belshaw
     RPR, CSR No. 3426
21

22   Also Present:

23   Stephen Arnot

24

25

**EXHIBIT 17**
**2 of 32**

1                           INDEX

2    WITNESS                              PAGE

3    ROBERTA HUANG, M.D.

4        By Stephen Raher                 4

5

6

7

8                         EXHIBITS

9           (Retained by Attorney Raher)

10   NO.   DESCRIPTION                     PAGE

11   2     Lumera LLC Articles of Organization   13

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT 17
3 of 32

1           ROBERTA HUANG, M.D.

2           having been duly sworn by Ms. Belshaw,

3           was deposed and testified as follows:

4                    EXAMINATION

5           BY MR. RAHER:

6      Q     Dr. Huang, if we could start with --

7    please state your full name.

8      A     Roberta Felicia Huang.

9      Q     And my name is Stephen Raher.  I'm the

10   lawyer for Anna and Nick Antonov.

11               Do you know the Antonovs?

12     A     Yes, I do.  I know the Antonovs.

13     Q     And how would you describe their

14   relationship to Metatron?

15     A     We started off as business partners.

16     Q     Okay.  Before we get into other questions,

17   I would like to just go over some ground rules about

18   how this will work.

19               First of all, if you could respond to

20   questions verbally instead of nodding or shaking

21   your head so that the court reporter can get your

22   answer and it will be reflected in the transcript;

23   do you understand that?

24     A     Yes.

25     Q     Also, in any kind of deposition there

EXHIBIT 17
4 of 32

1    should only be one person talking at a time, so I

2    will say I'll do my best not to interrupt you while

3    you are answering a question and you should not

4    interrupt me while I'm asking a question.  I think

5    that's really hard on Zoom because, like, even a

6    half a second lag, there can be mistakes.

7              So in this format, I'm just going to

8    say if I accidentally think that you're done and I

9    start talking over you, I'm going to stop and let

10   you finish and ask that you do the same.

11       A    Okay.

12       Q    Is there anyone else in the room with you?

13       A    Rob is here and some family pets.

14            MR. RAHER:  Nick, is it okay if we ask

15       other folks to leave the room so there's no

16       communication?

17            MR. HENDERSON:  Yeah, that's fine.

18            MR. RAHER:  Could you ask Rob to leave the

19       room --

20            THE WITNESS:  Yes.

21            He's gone.

22       Q    (By Mr. Raher)  If you do not understand a

23   question, please tell me, and I'll do my best to

24   rephrase it.

25              Otherwise, I will assume you

**EXHIBIT 17**
**5 of 32**

1    understand; okay?

2         A    Yes.

3         Q    Are you taking any medication that would

4    impair your ability to testify accurately today?

5         A    No.

6         Q    Is there any other reason why you would be

7    unable to testify accurately today?

8         A    No.

9         Q    Thank you.

10                   What is your relationship to

11   Robert Miracle?

12        A    I'm his wife.

13        Q    How long have you known him?

14        A    2004, I think, we met.

15        Q    And how long have you been married?

16        A    Since 2006.

17        Q    Either with Mr. Miracle or anyone else, do

18   you have any children?

19        A    No, I don't have children, not my own

20   biological children.

21        Q    Have you ever been questioned in a

22   deposition before?

23        A    Yes.  I've worked as an OB/GYN for over

24   20 years, so the answer, unfortunately, would be

25   yes.

EXHIBIT 17
6 of 32

1      Q    And have you ever been questioned in a

2   deposition or a court proceeding that was not

3   medical malpractice-related?

4      A    No, never.

5      Q    Could you describe your role at Metatron

6   Health?

7      A    I am the medical director and -- yeah, so

8   medical doctor, medical director.  What else?  I

9   guess that would be the best characterization of my

10  role at this clinic or business.

11     Q    Do you have a job title?

12     A    Medical director.

13     Q    And where did you go to medical school?

14     A    I went to NYU, New York University.

15     Q    And how would you describe the services

16  that Metatron offers?

17     A    It's a combination of medical and

18  aesthetic services.  So in the medical realm,

19  there's -- the bulk of it is hormone health, hormone

20  replacement for men and women.  There's also sexual

21  wellness treatments.  There's treatments also geared

22  toward urinary health, urinary incontinence, weight

23  loss.  Yeah, that would describe the bulk of the

24  services on the medical end.

25              On the aesthetic end, we have your

EXHIBIT 17
7 of 32

1    typical med spa type services:  anywhere from

2    facials to lasers to injectable services like

3    filler, Botox, that sort of thing.

4         Q    And did I understand you correctly?

5              When you were talking about

6    testifying, did you say your background was in

7    obstetrics?

8         A    OB/GYN, yeah.

9         Q    Do you think of -- I have no medical

10   training.  I think of the types of services Metatron

11   offers as being different from an OB/GYN practice;

12   am I right?

13             Like, did you make a change at some

14   point in your career?

15        A    Yes.  This is definitely different from --

16   in some ways from what I did from day to day, which

17   is standard OB/GYN -- taking care of women, women's

18   gynecological issues.  Taking care of them during

19   pregnancy.  Delivering their babies.  Yeah.

20             Yes, it's different work, but it does

21   utilize the knowledge and expertise that I've

22   gathered in my years of practice.

23        Q    Sure.

24             So the type of work you're doing now

25   at Metatron, what area -- what subtype of medicine

**EXHIBIT 17**
**8 of 32**

1    would you call it?

2       A    Well, I would say it's very specific.  So

3    it would be, if I were to say, my end would be

4    hormone replacement and sexual wellness.

5       Q    So how long have you been practicing in

6    that area?

7       A    As long as we've been open, so since 2020.

8       Q    So you started Metatron in 2020; is that

9    correct?

10      A    Well, that's when we opened our doors and

11   started seeing patients, yeah.

12      Q    And was that -- so you started seeing

13   patients in 2020.  Was Metatron formed before or

14   after that date?

15      A    I don't know the specifics.  I know that

16   whenever we decided to form it, it wasn't long after

17   that we started seeing patients.  It was within that

18   year or several months.

19      Q    And were you the -- strike that.

20           Was Mr. Miracle involved in starting

21   the company as well?

22      A    Yes.  He was always involved in advising

23   me on how to start a business or how to form a

24   business.  Like, I have no knowledge from my

25   education on how to do that.

EXHIBIT 17
9 of 32

1      Q    Just in a minute or two, could you

2  describe the process of starting the company and

3  what you did, what Mr. Miracle did, and if any other

4  people were involved in starting things?

5      A    The process was just making a decision

6  that I needed to do something other than what I was

7  doing, which is not uncommon among people in the

8  medical field; right?  A fair number of us feel like

9  we're ready to do something else; right?  So, for

10  me, I wanted to do something that allowed me to

11  spend more time with patients in consultation and

12  talking to them about lifestyle and the things that,

13  working for Kaiser, the seven and a half minutes

14  didn't allow me to do.

15            So it was just making a decision and

16  then, in some ways, building things as we went

17  along.  So we decided to go on the regenerative

18  track, so regenerative medicine being something that

19  was in its early stages, using human biologics to

20  help people to feel better, age better.  That was

21  the direction that I felt like I was inclined to

22  move in; right?

23            So the first step that I did was to

24  gain some education from a physician in Seattle

25  about PRP and stem cells and biological materials.

**EXHIBIT 17**
**10 of 32**

1  So I think that was probably in January of 2020 that

2  I started to get educated in that field.  And she

3  was also doing hormone replacement in the form of

4  administering pellets.  So, naturally, I pursued

5  that, since that was actually in my wheelhouse to be

6  able to do hormone replacement.

7            So I would say that's how the initial

8  stages were -- began.

9            MR. RAHER:  And what about financially?

10           Where did you get the money to -- is that

11       your dog?

12           THE WITNESS:  Yes.

13           MR. RAHER:  Okay.  I know you can't

14       control pets.  I've kept my cat out of the

15       room, so I will -- no problem.

16       Q    (By Mr. Raher)  What about the money?

17  Starting the business, where did the money come from

18  to start up?

19       A    Well, initially, my own funds.  So

20  initially, acquiring a space to do the practice

21  having a limited number of staff at the beginning.

22  It was just one staff member.  Some education that

23  required me to fly to various states to learn about

24  hormone replacement and how to do the regenerative

25  medicine.  That's how we started.

**EXHIBIT 17**
**11 of 32**

1                    So it was out of my own savings.

2        Q    And did you subsequently obtain

3    investments from other sources?

4        A    Well, yeah.  Anna and Nick came on as a

5    partner down the road.  I don't remember exactly

6    when.  If I were to think about it, it probably was

7    sometime in 2021.  I don't remember.  We opened our

8    second location in 2022, so I imagine discussions

9    were probably underway in 2021.

10       Q    And what about other than Anna and Nick?

11       A    No.  For the entities involved, we don't

12   have any other investors.

13       Q    So speaking of the entities, did you get

14   the PDF document I sent of exhibits?

15       A    No.  I mean, maybe I have them.  I didn't

16   know I needed to look for a document, so I

17   apologize.  No, I have not looked at your documents.

18            MR. HENDERSON:  You should have them in

19        your email, Roberta.

20                 (Discussion held off the

21                  record.)

22       Q    (By Mr. Raher)  So if you have the

23   document open, are you looking on a computer or on

24   your phone?

25       A    On my phone, yeah.

**EXHIBIT 17**
**12 of 32**

1    Q    So I don't know if you can really use the

2    tabs, but I'll keep it simple.

3                    If you could go to page 10.

4    A    It's hard to count because it shifts every

5    time I move it.  So I don't know -- what does it say

6    on the page?

7    Q    Can you see the bottom right-hand corner

8    where it says "Exhibit"?

9    A    Yeah.

10                    (Deposition Exhibit Number 2

11                    marked for identification.)

12    Q    (By Mr. Raher)  So this would be

13    Exhibit 2, page 1 of 2.

14    A    Exhibit 2, page 1 of 2.

15                    Yes.

16    Q    These are Articles of Organization for

17    Lumera LLC.  And if you go to the next page, this is

18    an electronically filed document, and it has your

19    electronic signature on it.

20                    And I will -- well, I guess I'll

21    start by asking are you familiar with this document?

22    A    I am familiar with it, yeah.

23    Q    Do you remember causing it to be filed or

24    filing it yourself?

25    A    I don't have a specific memory of causing

EXHIBIT 17
13 of 32

1   it to be filed, no.

2       Q    Did you -- I will tell you that we

3   discussed this document at Mr. Miracle's deposition

4   today, and he said that he signed it on your behalf

5   with your authorization; does that sound correct?

6       A    That does sound correct.

7       Q    So what was the purpose in August of 2020

8   of creating Lumera LLC?

9       A    As I said, I do not have a business

10  background of any kind.  I was advised by Robert or

11  my accountant to do so, and that's what -- I

12  complied with the recommendations.  I don't really

13  know of a specific reason why.

14      Q    What about -- and there's no exhibit

15  involved here -- what about Mofus Domus LLC?  Are

16  you familiar with that entity?

17      A    It does sound familiar.  But, again, I

18  don't know what the difference necessarily is

19  between these entities, or I don't recall why they

20  were formed.  Yeah.

21      Q    Are you the owner of Mofus Domus?

22      A    I believe I am the owner of all of the

23  entities, yes.

24      Q    So when you say "all of the entities,"

25  does -- I'm going to list some entities, and you can

EXHIBIT 17
14 of 32

1  tell me for each one if that's included as one of

2  the ones that you own.

3              Mofus Domus.

4      A    Yes.

5      Q    Metatron Health LLC.

6      A    Yes.

7      Q    Lumera LLC.

8      A    Yes.

9      Q    Lumera Regenerative Group, Incorporated.

10     A    Yes.

11     Q    And so for those four that I just named,

12 are you -- is your testimony that you're not aware

13 of the specific purpose of any of them?

14     A    That's true.

15     Q    Is it true that they all relate somehow to

16 the clinic and the medical work you do?

17     A    Yes.

18     Q    So you said you provided the initial

19 investment to start the clinic; correct?

20     A    Yes.

21     Q    And did you say Anna and Nick were the

22 only other investors?

23     A    Yes.

24     Q    Have you invested more money since the

25 opening in 2020?

**EXHIBIT 17**
**15 of 32**

1       A     Yes.

2       Q     Have you taken money out to repay

3    yourself?

4       A     No.  I mean, I think until we underwent

5    the bankruptcy, we have not taken salaries out.

6       Q     So I have heard that you haven't taken

7    salaries out, but have you taken money out for other

8    purposes?

9       A     Not for personal reasons.  Not for

10   personal expenditures.

11      Q     So how do you pay your household expenses?

12      A     Well, out of my personal savings.

13      Q     So that has lasted you since 2020?

14      A     Yes.

15      Q     When you have put money into the business,

16   how have you -- literally, how does that work?  Do

17   you write a check?  Do you tell Rob to transfer

18   funds?

19      A     I don't give him any directive.  He's my

20   spouse.  He has access to all of my -- whatever I

21   own, and I authorize him to do it.  I don't really

22   know how the transactions happen.

23      Q     So does he make the decision of when and

24   how much to transfer?

25      A     Yes, he does.

**EXHIBIT 17**
**16 of 32**

1     Q     Can you tell me -- these next few

2   questions, I'm just going to refer to "the

3   business," and I guess we can say those are the four

4   entities we've talked about:  Metatron, Lumera, LRG,

5   and Mofus Domus.

6              So can you describe the relationship

7   of Mark Jepsen to the business?

8     A     Mark Jepsen is a patient.  He is -- he's

9   lent us money, but I don't believe he has, like,

10  investor status.  So he's been helping us to keep

11  the business from going under.

12    Q     Same question.

13             What is the relationship of

14  Ashley Clark to the business?

15    A     Ashley Clark worked for us.  She was an

16  injector, so an employee of the clinic.

17    Q     Actually, that brings up a question I

18  should have asked earlier.  Let's just talk about

19  today.

20             Currently, how many staff people at

21  the business provide clinical care?

22    A     Well, presently, we have one provider,

23  which is myself.  At one point we had more, but

24  right now we have one provider, which is me.

25    Q     So all the other -- roughly how many other

EXHIBIT 17
17 of 32

1   employees are there?

2       A    Through the history of the company?

3       Q    No, today.

4       A    Today there is me.  There is my medical

5   assistant, a front desk person, and somebody who

6   helps to also answer phone calls.

7                So we've got four staff, total.

8       Q    What about in the past -- and I realize

9   there was the Pearl location.

10               But let's just say at the Tualatin

11  location, at the high watermark, what was the most

12  number of people working?  And, at that time, how

13  many clinical staff were there?

14      A    Well, right before we opened the Pearl, we

15  hired staff to be ready for the opening, so I would

16  say we had probably ten or twelve people at the

17  height with the anticipation of opening the second

18  location.  So that was probably the height of --

19  about the maximum number of employees we had.

20      Q    And can you describe, at that time when

21  you had a lot of folks working there, who were the

22  other clinical staff?  I'm not asking for their

23  names, but what was their training and their job

24  description?

25      A    So we've had various people come and go.

EXHIBIT 17
18 of 32

1  So we've had naturopaths.  We've had advanced

2  aestheticians.  So that would categorize probably

3  all the types of personnel that have come and gone

4  that were providers, if I'm understanding your

5  question.

6       Q    Yeah.

7              I guess were there things that -- are

8  there certain services that only you can provide

9  that an aesthetician can't?

10      A    Yeah.  So, certainly, they don't cross

11  over into the medical side of things; right?  But --

12  whereas I have my feet in both sides; right?  That

13  would be expected because I'm the director.

14      Q    So we spent a lot of time at Mr. Miracle's

15  deposition today looking at specific financial

16  transactions, which I'm not going to subject you to,

17  but I do have a hypothetical.  And this is not based

18  on any -- this is just a very simple hypothetical.

19              Let's say Metatron owes $100 to

20  Comcast for the phone bill.  If there's not enough

21  money in Metatron's bank account to pay that bill

22  and Lumera pays it instead, is it your opinion that

23  Metatron owes Lumera $100 to reimburse for that

24  expense?

25      A    I would not know the answer to that.  I

**EXHIBIT 17**
**19 of 32**

1    don't have an opinion.

2         Q    Do you have any role in the financial

3    management of the business?

4         A    None.

5         Q    I believe you said -- please correct me if

6    I am wrong -- that you started taking a salary

7    sometime this year.

8         A    I believe, like, in the work out of the

9    bankruptcy, there was something submitted as to,

10   like, a salary, yeah.  I believe that, yeah, I

11   started getting a salary very recently.

12        Q    And do you know how much it is?

13        A    I don't.

14        Q    Do you know if it is paid on time?

15        A    I don't.  I don't know.

16        Q    So does Mr. Miracle also handle your

17   personal household finances?

18        A    He does.

19        Q    And do you have any role in those personal

20   household finances?

21        A    No.

22        Q    Do you and Mr. Miracle have a joint bank

23   account?

24        A    No.  We have separate bank accounts.

25        Q    Going back to the medical work, you used a

EXHIBIT 17
20 of 32

1  phrase earlier on that was new to me.

2          I think you referred to learning a

3  new skillset, and when you were talking about that

4  training, I think you said something about "human

5  biologics."

6     A    Orthobiologics, yeah.

7     Q    Can you give me a layperson's explanation

8  of that?

9     A    That would be in the realm of PRP,

10 platelet-rich plasma; are you familiar with that?

11    Q    No.

12    A    So PRP is using a person's own blood and

13 harnessing the regenerative capabilities within the

14 blood components.

15          Specifically, the reason it's called

16 "platelet-rich plasma" is, obviously, we're trying

17 to isolate the platelets, which are cells that are

18 involved in blood clotting and regeneration, and

19 using that to strengthen some part of the body.

20    Q    Thank you.  Very helpful.

21          So what I was ultimately getting at,

22 and I think this is something different -- this is

23 not human biologics -- but there's been talk about

24 Metatron -- of the use of injectables.

25          So could you give me a super-simple

**EXHIBIT 17**
**21 of 32**

1   explanation of what kind of injectables you work

2   with?

3       A    Are you talking about the clinic and the

4   history of the clinic, or myself, specifically, at

5   this point in time?

6       Q    At this point in time at the Metatron

7   clinic, what kind of injectables do you use?

8       A    So I do inject with PRP.  There's also

9   some other things called biostimulators, so that

10  would be Radiesse and Sculptra.  Yeah, that would be

11  it.

12      Q    So I always love learning new things even

13  though science isn't my thing.

14           So is the PRP -- do you, as the

15  provider -- do you purchase some substance to use in

16  that process?

17      A    Well, there are kits that we use to do the

18  centrifugation process -- so, basically, spinning

19  the blood to isolate the components.  But the

20  material is all from the person's body, so we don't

21  add any extraneous material.

22      Q    That's what I thought.  I wanted to make

23  sure.

24           So I'm going to slaughter the

25  pronunciation, but -- actually, why don't I do it --

EXHIBIT 17
22 of 32

1   there is an injectable that, I think, Rob was saying

2   was purchased from either Merz or Allergan.

3        A    Uh-huh.

4        Q    Is it "Xeomin"?

5             Something that starts with an "X,"

6   perhaps.

7        A    You're right.  I forgot a category, which

8   is the botulinum toxin.  That would be Botox and all

9   the various brand names that come with Botox.

10            So that would be Botox, Xeomin,

11   Dysport, yeah.  Those were the three that we have

12   used, yeah.

13       Q    And what did you say that category was?

14       A    So "Botox" -- loosely, the term "Botox,"

15   covers it.  So Xeomin and Botox are equivalents.

16       Q    And how do you decide -- it sounds like

17   there's multiple options in that category.

18            How do you decide which one to use in

19   your clinic?

20       A    I use whatever is available at the time.

21       Q    How do you -- for that Botox-type product,

22   how do you track how much has been given to which

23   patient?

24       A    It's charted in the electronic medical

25   records, because we have to be able to duplicate

EXHIBIT 17
23 of 32

1    these procedures; right?  The patients for these

2    procedures see us every three, four, six months, so

3    we need to have a chart with how much we dosed the

4    product.

5                    Does that answer your question?

6        Q    It does.

7                    And is that PatientNOW or a

8    different --

9        A    Yes, PatientNOW.

10       Q    So when you enter that information in

11   PatientNOW, do you include, like, a lot number or a

12   barcode or anything for the substance you've used?

13       A    We don't have a barcode, but we do --

14   there's a section that says, "Injections."  So when

15   we use that tab, we put the product, the lot number.

16   And then it allows us to place on the diagram, on

17   the face, the specific number of units we put during

18   the treatment.

19       Q    And you actually enter that information?

20       A    That prepopulates, yeah.  We enter that

21   and then it populates into the note that we write

22   for that visit.

23       Q    Specifically, I do not want you to reveal

24   any conversations that you had with Mr. Henderson,

25   but can you tell me generally what made you decide

EXHIBIT 17
24 of 32

1    to file a bankruptcy petition for Metatron?

2        A    Can you repeat that question?

3        Q    Can you tell me generally what made you

4    decide to file a bankruptcy petition for Metatron?

5        A    Well, I believe that we had no other

6    recourse in terms of being able to sustain this

7    business.  So it was made out of necessity, I

8    believe.

9        Q    Do you believe that Lumera is in

10   bankruptcy now?

11       A    I don't know what entity is specifically

12   in bankruptcy.  I just know that my clinic is in

13   bankruptcy.

14             MR. RAHER:  I might have covered

15        everything.  Can I take a few minutes?

16                       (Recess taken from 6:53 p.m. to

17                        6:55 p.m.)

18             MR. RAHER:  I don't think I have any other

19        questions.  I really appreciate your time,

20        especially with the delay.  Thank you to Molly

21        for rushing back and getting online for this.

22        I appreciate everyone's time.

23             Steve Arnot, do you have any questions?

24             MR. ARNOT:  I do not.  I appreciate you

25        both allowing me to participate should I have

EXHIBIT 17
25 of 32

1       any questions.

2            MR. RAHER:  Okay.

3            Is there anything you'd like to add or

4       correct before we adjourn?

5            THE WITNESS:  I don't have anything else

6       to add.  Yeah.  Thank you.

7            MR. RAHER:  Well, again, I thank you for

8       your time, and we are done.

9                      (The deposition concluded at

10                     6:55 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 17**
**26 of 32**

1                    C E R T I F I C A T E

2

3            I, Molly K. Belshaw, a Certified Shorthand

4    Reporter for the State of Oregon and Registered

5    Professional Reporter, do hereby certify that the

6    foregoing is a true and accurate transcript of my

7    stenographic notes of the proceeding taken at the

8    place and on the date hereinbefore set forth to the

9    best of my skill and ability under the conditions

10   present at the time.

11   I further certify that I am neither attorney or

12   counsel for, nor related to or employed by any of

13   the parties to the action in which this proceeding

14   was taken, and further, that I am not a relative or

15   employee of any attorney or counsel employed in this

16   case, nor am I financially interested in this

17   action.

18   The foregoing certification of this transcript does
     not apply to any reproduction of the same by any
19   means unless under the direct control and/ or
     direction of the certifying reporter.

20

21

22

23

24

25            Molly K. Belshaw
              RPR, CSR No. 3426
              RPR, CSR No. 3426

EXHIBIT 17
27 of 32

**A**

**ability** 6:4 27:9
**able** 11:6 23:25
  25:6
**access** 16:20
**accidentally** 5:8
**account** 19:21
  20:23
**accountant**
  14:11
**accounts** 20:24
**accurate** 27:6
**accurately** 6:4,7
**acquiring** 11:20
**action** 27:13,17
**add** 22:21 26:3,6
**adjourn** 26:4
**administering**
  11:4
**advanced** 19:1
**advised** 14:10
**advising** 9:22
**aesthetic** 7:18
  7:25
**aesthetician**
  19:9
**aestheticians**
  19:2
**age** 10:20
**Allergan** 23:2
**allow** 10:14
**allowed** 10:10
**allowing** 25:25
**allows** 24:16
**and/** 27:19
**Anna** 2:2,7 4:10
  12:4,10 15:21
**answer** 4:22
  6:24 18:6
  19:25 24:5
**answering** 5:3
**anticipation**
  18:17
**Antonov** 2:2,7
  4:10
**Antonovs** 4:11
  4:12
**apologize** 12:17
**APPEARAN...**

2:1
**apply** 27:18
**appreciate**
  25:19,22,24
**area** 8:25 9:6
**Arnot** 2:23
  25:23,24
**Articles** 3:11
  13:16
**Ashley** 17:14,15
**asked** 17:18
**asking** 5:4 13:21
  18:22
**assistant** 18:5
**assume** 5:25
**attorney** 3:9
  27:11,15
**August** 14:7
**authorization**
  14:5
**authorize** 16:21
**available** 23:20
**aware** 15:12

**B**

**babies** 8:19
**back** 20:25
  25:21
**background** 8:6
  14:10
**bank** 19:21
  20:22,24
**bankruptcy** 1:1
  16:5 20:9 25:1
  25:4,10,12,13
**barcode** 24:12
  24:13
**based** 19:17
**basically** 22:18
**began** 11:8
**beginning** 11:21
**behalf** 14:4
**believe** 14:22
  17:9 20:5,8,10
  25:5,8,9
**Belshaw** 2:20
  4:2 27:3,25
**best** 5:2,23 7:9
  27:9
**better** 10:20,20

**bill** 19:20,21
**biological** 6:20
  10:25
**biologics** 10:19
  21:5,23
**biostimulators**
  22:9
**blood** 21:12,14
  21:18 22:19
**body** 21:19
  22:20
**Botox** 8:3 23:8,9
  23:10,14,14,15
**Botox-type**
  23:21
**bottom** 13:7
**botulinum** 23:8
**Boulevard** 2:4
**brand** 23:9
**brings** 17:17
**building** 10:16
**bulk** 7:19,23
**business** 4:15
  7:10 9:23,24
  11:17 14:9
  16:15 17:3,7
  17:11,14,21
  20:3 25:7

**C**

**C** 27:1,1
**call** 9:1
**called** 21:15
  22:9
**calls** 18:6
**capabilities**
  21:13
**care** 8:17,18
  17:21
**career** 8:14
**case** 27:16
**cat** 11:14
**categorize** 19:2
**category** 23:7,13
  23:17
**causing** 13:23
  13:25
**cells** 10:25 21:17
**centrifugation**
  22:18

**certain** 19:8
**certainly** 19:10
**certification**
  27:18
**Certified** 27:3
**certify** 27:5,11
**certifying** 27:19
**change** 8:13
**characterizati...**
  7:9
**chart** 24:3
**charted** 23:24
**check** 16:17
**children** 6:18,19
  6:20
**Clark** 17:14,15
**clinic** 7:10 15:16
  15:19 17:16
  22:3,4,7 23:19
  25:12
**clinical** 17:21
  18:13,22
**clotting** 21:18
**combination**
  7:17
**Comcast** 19:20
**come** 11:17
  18:25 19:3
  23:9
**commencing**
  1:13
**communication**
  5:16
**company** 9:21
  10:2 18:2
**complied** 14:12
**components**
  21:14 22:19
**computer** 12:23
**concluded** 26:9
**conditions** 27:9
**consultation**
  10:11
**control** 11:14
  27:19
**conversations**
  24:24
**corner** 13:7
**correct** 9:9 14:5
  14:6 15:19

20:5 26:4
**correctly** 8:4
**counsel** 27:12,15
**count** 13:4
**court** 1:1 2:19
  4:21 7:2
**covered** 25:14
**covers** 23:15
**creating** 14:8
**Creditors** 2:2,7
**cross** 19:10
**CSR** 2:20 27:25
  27:25
**Currently** 17:20

**D**

**date** 9:14 27:8
**day** 8:16,16
**Debtor** 1:6 2:12
**decide** 23:16,18
  24:25 25:4
**decided** 9:16
  10:17
**decision** 10:5,15
  16:23
**definitely** 8:15
**delay** 25:20
**Delivering** 8:19
**deposed** 4:3
**deposition** 1:9
  1:11 4:25 6:22
  7:2 13:10 14:3
  19:15 26:9
**describe** 4:13
  7:5,15,23 10:2
  17:6 18:20
**description** 3:10
  18:24
**desk** 18:5
**diagram** 24:16
**difference** 14:18
**different** 8:11,15
  8:20 21:22
  24:8
**direct** 27:19
**direction** 10:21
  27:19
**directive** 16:19
**director** 7:7,8,12
  19:13

**EXHIBIT 17**
**28 of 32**

discussed 14:3
**Discussion**
12:20
discussions 12:8
**DISTRICT** 1:2
doctor 7:8
document 12:14
12:16,23 13:18
13:21 14:3
documents
12:17
dog 11:11
doing 8:24 10:7
11:3
**Domus** 14:15,21
15:3 17:5
doors 9:10
dosed 24:3
**Dr** 4:6
duly 4:2
duplicate 23:25
**Duty** 2:8
**Dysport** 23:11

———————
**E**
**E** 27:1,1
earlier 17:18
21:1
early 10:19
educated 11:2
education 9:25
10:24 11:22
either 6:17 23:2
electronic 13:19
23:24
electronically
13:18
**ELEVATE** 2:13
email 12:19
employed 27:12
27:15
employee 17:16
27:15
employees 18:1
18:19
enter 24:10,19
24:20
entities 12:11,13
14:19,23,24,25
17:4

entity 14:16
25:11
equivalents
23:15
especially 25:20
**Esquire** 2:3,8,13
everyone's 25:22
exactly 12:5
**EXAMINATI...**
4:4
exhibit 13:8,10
13:13,14 14:14
exhibits 3:8
12:14
expected 19:13
expenditures
16:10
expense 19:24
expenses 16:11
expertise 8:21
explanation
21:7 22:1
extraneous
22:21

———————
**F**
**F** 27:1
face 24:17
facials 8:2
fair 10:8
familiar 13:21
13:22 14:16,17
21:10
family 5:13
feel 10:8,20
feet 19:12
**Felicia** 4:8
felt 10:21
field 10:8 11:2
file 25:1,4
filed 13:18,23
14:1
filing 13:24
filler 8:3
finances 20:17
20:20
financial 19:15
20:2
financially 11:9
27:16

fine 5:17
finish 5:10
first 4:19 10:23
fly 11:23
folks 5:15 18:21
follows 4:3
foregoing 27:6
27:18
forgot 23:7
form 9:16,23
11:3
format 5:7
formed 9:13
14:20
forth 27:8
four 15:11 17:3
18:7 24:2
front 18:5
full 4:7
funds 11:19
16:18
further 27:11,14

———————
**G**
gain 10:24
gathered 8:22
geared 7:21
generally 24:25
25:3
getting 20:11
21:21 25:21
give 16:19 21:7
21:25
given 23:22
go 4:17 7:13
10:17 13:3,17
18:25
going 5:7,9
14:25 17:2,11
19:16 20:25
22:24
ground 4:17
**Group** 2:3,13
15:9
guess 7:9 13:20
17:3 19:7
gynecological
8:18

———————
**H**

half 5:6 10:13
handle 20:16
happen 16:22
hard 5:5 13:4
harnessing
21:13
**Hawthorne** 2:4
head 4:21
health 1:4 7:6,19
7:22 15:5
heard 16:6
height 18:17,18
held 12:20
help 10:20
helpful 21:20
helping 17:10
helps 18:6
**Henderson** 2:13
5:17 12:18
24:24
hereinbefore
27:8
high 18:11
hired 18:15
history 18:2
22:4
hormone 7:19
7:19 9:4 11:3,6
11:24
household 16:11
20:17,20
**Huang** 1:9 3:3
4:1,6,8
human 10:19
21:4,23
hypothetical
19:17,18

———————
**I**
identification
13:11
imagine 12:8
impair 6:4
inclined 10:21
include 24:11
included 15:1
incontinence
7:22
**Incorporated**
15:9

**INDEX** 3:1
information
24:10,19
initial 11:7
15:18
initially 11:19
11:20
inject 22:8
injectable 8:2
23:1
injectables
21:24 22:1,7
**Injections** 24:14
injector 17:16
interested 27:16
interrupt 5:2,4
invested 15:24
investment
15:19
investments
12:3
investor 17:10
investors 12:12
15:22
involved 9:20,22
10:4 12:11
14:15 21:18
**Irving** 2:9
isolate 21:17
22:19
issues 8:18

———————
**J**
**January** 11:1
**Jepsen** 17:7,8
**JJH** 2:8
job 7:11 18:23
joint 20:22
**June** 1:12

———————
**K**
**K** 2:20 27:3,25
**Kaiser** 10:13
keep 13:2 17:10
kept 11:14
kind 4:25 14:10
22:1,7
kits 22:17
know 4:11,12
9:15,15 11:13

**EXHIBIT 17**
**29 of 32**

12:16 13:1,5
14:13,18 16:22
19:25 20:12,14
20:15 25:11,12
**knowledge** 8:21
9:24
**known** 6:13

———————

**L**

**lag** 5:6
**Lake** 2:14
**lasers** 8:2
**lasted** 16:13
**LAW** 2:3,8,13
**lawyer** 4:10
**layperson's** 21:7
**learn** 11:23
**learning** 21:2
22:12
**leave** 5:15,18
**lent** 17:9
**let's** 17:18 18:10
19:19
**lifestyle** 10:12
**limited** 11:21
**list** 14:25
**literally** 16:16
**LLC** 3:11 13:17
14:8,15 15:5,7
**location** 12:8
18:9,11,18
**long** 6:13,15 9:5
9:7,16
**look** 12:16
**looked** 12:17
**looking** 12:23
19:15
**loosely** 23:14
**loss** 7:23
**lot** 18:21 19:14
24:11,15
**love** 22:12
**LRG** 17:4
**Lumera** 3:11
13:17 14:8
15:7,9 17:4
19:22,23 25:9

———————

**M**

**M.D** 1:9 3:3 4:1

**making** 10:5,15
**malpractice-r...**
7:3
**management**
20:3
**Mark** 17:7,8
**marked** 13:11
**married** 6:15
**material** 22:20
22:21
**materials** 10:25
**maximum** 18:19
**Meadows** 2:14
**mean** 12:15 16:4
**means** 27:19
**med** 8:1
**medical** 7:3,7,8
7:8,12,13,17
7:18,24 8:9
10:8 15:16
18:4 19:11
20:25 23:24
**medication** 6:3
**medicine** 8:25
10:18 11:25
**member** 11:22
**memory** 13:25
**men** 7:20
**Merz** 23:2
**met** 6:14
**Metatron** 1:4
4:14 7:5,16
8:10,25 9:8,13
15:5 17:4
19:19,23 21:24
22:6 25:1,4
**Metatron's**
19:21
**minute** 10:1
**minutes** 10:13
25:15
**Miracle** 6:11,17
9:20 10:3
20:16,22
**Miracle's** 14:3
19:14
**mistakes** 5:6
**Mofus** 14:15,21
15:3 17:5
**Molly** 2:20

25:20 27:3,25
**money** 11:10,16
11:17 15:24
16:2,7,15 17:9
19:21
**months** 9:18
24:2
**move** 10:22 13:5
**multiple** 23:17

———————

**N**

**name** 4:7,9
**named** 15:11
**names** 18:23
23:9
**naturally** 11:4
**naturopaths**
19:1
**necessarily**
14:18
**necessity** 25:7
**need** 24:3
**needed** 10:6
12:16
**neither** 27:11
**never** 7:4
**new** 7:14 21:1,3
22:12
**Nick** 2:13 4:10
5:14 12:4,10
15:21
**nick@elevatel...**
2:15
**Nicolay** 2:2,7
**nodding** 4:20
**Northwest** 2:9
**note** 24:21
**notes** 27:7
**notice** 1:12
**number** 10:8
11:21 13:10
18:12,19 24:11
24:15,17
**NYU** 7:14

———————

**O**

**OB/GYN** 6:23
8:8,11,17
**obstetrics** 8:7
**obtain** 12:2

**obviously** 21:16
**offers** 7:16 8:11
**okay** 4:16 5:11
5:14 6:1 11:13
26:2
**ones** 15:2
**online** 25:21
**open** 9:7 12:23
**opened** 9:10
12:7 18:14
**opening** 15:25
18:15,17
**opinion** 19:22
20:1
**options** 23:17
**Oregon** 1:2 27:4
**Organization**
3:11 13:16
**Orthobiologics**
21:6
**Oswego** 2:14
**owes** 19:19,23
**owner** 14:21,22

———————

**P**

**p.m** 1:13 25:16
25:17 26:10
**page** 3:2,10 13:3
13:6,13,14,17
**paid** 20:14
**part** 21:19
**participate**
25:25
**parties** 1:12
27:13
**partner** 12:5
**partners** 4:15
**patient** 17:8
23:23
**PatientNOW**
24:7,9,11
**patients** 9:11,13
9:17 10:11
24:1
**pay** 16:11 19:21
**pays** 19:22
**PDF** 12:14
**Pearl** 18:9,14
**pellets** 11:4
**people** 10:4,7,20

17:20 18:12,16
18:25
**person** 5:1 18:5
**person's** 21:12
22:20
**personal** 16:9,10
16:12 20:17,19
**personnel** 19:3
**petition** 25:1,4
**pets** 5:13 11:14
**phone** 12:24,25
18:6 19:20
**phrase** 21:1
**physician** 10:24
**place** 24:16 27:8
**plasma** 21:10,16
**platelet-rich**
21:10,16
**platelets** 21:17
**please** 4:7 5:23
20:5
**PMB** 2:4
**point** 8:14 17:23
22:5,6
**populates** 24:21
**Portland** 2:4,9
**practice** 8:11,22
11:20
**practicing** 9:5
**pregnancy** 8:19
**prepopulates**
24:20
**present** 2:22
27:10
**presently** 17:22
**probably** 11:1
12:6,9 18:16
18:18 19:2
**problem** 11:15
**procedures** 24:1
24:2
**proceeding** 7:2
27:7,13
**process** 10:2,5
22:16,18
**product** 23:21
24:4,15
**Professional**
27:5
**pronunciation**

**EXHIBIT 17**
**30 of 32**

22:25
**provide** 17:21
    19:8
**provided** 15:18
**provider** 17:22
    17:24 22:15
**providers** 19:4
**PRP** 10:25 21:9
    21:12 22:8,14
**purchase** 22:15
**purchased** 23:2
**purpose** 14:7
    15:13
**purposes** 16:8
**pursuant** 1:12
**pursued** 11:4
**put** 16:15 24:15
    24:17

**Q**
**question** 5:3,4
    5:23 17:12,17
    19:5 24:5 25:2
**questioned** 6:21
    7:1
**questions** 4:16
    4:20 17:2
    25:19,23 26:1

**R**
**R** 27:1
**Radiesse** 22:10
**Raher** 2:3 3:4,9
    4:5,9 5:14,18
    5:22 11:9,13
    11:16 12:22
    13:12 25:14,18
    26:2,7
**ready** 10:9 18:15
**realize** 18:8
**really** 5:5 13:1
    14:12 16:21
    25:19
**realm** 7:18 21:9
**reason** 6:6 14:13
    21:15
**reasons** 16:9
**recall** 14:19
**Recess** 25:16
**recommendati...**

14:12
**record** 12:21
**records** 23:25
**recourse** 25:6
**refer** 17:2
**referred** 21:2
**reflected** 4:22
**regeneration**
    21:18
**regenerative**
    10:17,18 11:24
    15:9 21:13
**Registered** 27:4
**reimburse** 19:23
**relate** 15:15
**related** 27:12
**relationship**
    4:14 6:10 17:6
    17:13
**relative** 27:14
**remember** 12:5
    12:7 13:23
**remotely** 1:11
**repay** 16:2
**repeat** 25:2
**rephrase** 5:24
**replacement**
    7:20 9:4 11:3,6
    11:24
**reporter** 2:19
    4:21 27:4,5,19
**reproduction**
    27:18
**required** 11:23
**respond** 4:19
**Retained** 3:9
**reveal** 24:23
**right** 8:12 10:8,9
    10:22 17:24
    18:14 19:11,12
    23:7 24:1
**right-hand** 13:7
**road** 2:14 12:5
**Rob** 5:13,18
    16:17 23:1
**Robert** 6:11
    14:10
**Roberta** 1:9 3:3
    4:1,8 12:19
**role** 7:5,10 20:2

20:19
**room** 5:12,15,19
    11:15
**roughly** 17:25
**RPR** 2:20 27:25
    27:25
**rules** 4:17
**rushing** 25:21

**S**
**salaries** 16:5,7
**salary** 20:6,10
    20:11
**savings** 12:1
    16:12
**saying** 23:1
**says** 13:8 24:14
**school** 7:13
**science** 22:13
**Sculptra** 22:10
**Seattle** 10:24
**second** 5:6 12:8
    18:17
**section** 24:14
**see** 13:7 24:2
**seeing** 9:11,12
    9:17
**sent** 12:14
**separate** 20:24
**services** 7:15,18
    7:24 8:1,2,10
    19:8
**set** 27:8
**seven** 10:13
**sexual** 7:20 9:4
**shaking** 4:20
**shifts** 13:4
**Shorthand** 27:3
**side** 19:11
**sides** 19:12
**signature** 13:19
**signed** 14:4
**simple** 13:2
    19:18
**six** 24:2
**skill** 27:9
**skillset** 21:3
**slaughter** 22:24
**somebody** 18:5
**sort** 8:3

**sound** 14:5,6,17
**sounds** 23:16
**sources** 12:3
**Southeast** 2:4
**spa** 8:1
**space** 11:20
**speaking** 12:13
**specific** 9:2
    13:25 14:13
    15:13 19:15
    24:17
**specifically**
    21:15 22:4
    24:23 25:11
**specifics** 9:15
**spend** 10:11
**spent** 19:14
**spinning** 22:18
**spouse** 16:20
**sraher@pdx-l...**
    2:5
**staff** 11:21,22
    17:20 18:7,13
    18:15,22
**stages** 10:19
    11:8
**standard** 8:17
**start** 4:6 5:9
    9:23 11:18
    13:21 15:19
**started** 4:15 9:8
    9:11,12,17
    11:2,25 20:6
    20:11
**starting** 9:20
    10:2,4 11:17
**starts** 23:5
**state** 4:7 27:4
**states** 1:1 11:23
**status** 17:10
**stem** 10:25
**stenographic**
    27:7
**step** 10:23
**Stephen** 2:3,23
    3:4 4:9
**Steve** 25:23
**stop** 5:9
**Street** 2:9
**strengthen**

21:19
**strike** 9:19
**subject** 19:16
**submitted** 20:9
**subsequently**
    12:2
**substance** 22:15
    24:12
**subtype** 8:25
**Suite** 2:14
**super-simple**
    21:25
**sure** 8:23 22:23
**sustain** 25:6
**sworn** 4:2

**T**
**T** 27:1,1
**tab** 24:15
**TABOR** 2:3
**tabs** 13:2
**take** 25:15
**taken** 1:11 16:2
    16:5,6,7 25:16
    27:7,14
**talk** 17:18 21:23
**talked** 17:4
**talking** 5:1,9 8:5
    10:12 21:3
    22:3
**Taylor** 2:8
**taylor@jjh-la...**
    2:10
**tell** 5:23 14:2
    15:1 16:17
    17:1 24:25
    25:3
**ten** 18:16
**term** 23:14
**terms** 25:6
**testified** 4:3
**testify** 6:4,7
**testifying** 8:6
**testimony** 15:12
**thank** 6:9 21:20
    25:20 26:6,7
**thing** 8:3 22:13
**things** 10:4,12
    10:16 19:7,11
    22:9,12

**EXHIBIT 17**
**31 of 32**

8:9,10 11:1
12:6 16:4 21:2
21:4,22 23:1
25:18
**thought** 22:22
**three** 23:11 24:2
**Thursday** 1:12
**time** 5:1 10:11
13:5 18:12,20
19:14 20:14
22:5,6 23:20
25:19,22 26:8
27:10
**title** 7:11
**today** 6:4,7 14:4
17:19 18:3,4
19:15
**total** 18:7
**toxin** 23:8
**track** 10:18
23:22
**training** 8:10
18:23 21:4
**transactions**
16:22 19:16
**transcript** 4:22
27:6,18
**transfer** 16:17
16:24
**treatment** 24:18
**treatments** 7:21
7:21
**true** 15:14,15
27:6
**trying** 21:16
**Tualatin** 18:10
**twelve** 18:16
**two** 10:1
**type** 8:1,24
**types** 8:10 19:3
**typical** 8:1

**U**

**Uh-huh** 23:3
**ultimately** 21:21
**unable** 6:7
**uncommon** 10:7
**understand** 4:23
5:22 6:1 8:4
**understanding**

19:4
**underway** 12:9
**underwent** 16:4
**unfortunately**
6:24
**UNITED** 1:1
**units** 24:17
**University** 7:14
**urinary** 7:22,22
**use** 13:1 21:24
22:7,15,17
23:18,20 24:15
**utilize** 8:21

**V**

**various** 11:23
18:25 23:9
**verbally** 4:20
**visit** 24:22

**W**

**want** 24:23
**wanted** 10:10
22:22
**wasn't** 9:16
**watermark**
18:11
**ways** 8:16 10:16
**we're** 10:9 21:16
**we've** 9:7 17:4
18:7,25 19:1,1
**weight** 7:22
**wellness** 7:21
9:4
**went** 7:14 10:16
**wheelhouse** 11:5
**wife** 6:12
**WITNESS** 3:2
5:20 11:12
26:5
**women** 7:20
8:17
**women's** 8:17
**work** 4:18 8:20
8:24 15:16
16:16 20:8,25
22:1
**worked** 6:23
17:15
**working** 10:13

18:12,21
**write** 16:17
24:21
**wrong** 20:6

**X**

**X** 23:5
**Xeomin** 23:4,10
23:15

**Y**

**yeah** 5:17 7:7,23
8:8,19 9:11
12:4,25 13:9
13:22 14:20
19:6,10 20:10
20:10 21:6
22:10 23:11,12
24:20 26:6
**year** 9:18 20:7
**years** 6:24 8:22
**York** 7:14

**Z**

**Zoom** 2:8 5:5

**0**

**1**

**1** 13:13,14
**10** 13:3
**100** 19:19,23
**13** 3:11
**1640** 2:9

**2**

**2** 3:11 13:10,13
13:13,14,14
**20** 6:24
**2004** 6:14
**2006** 6:16
**2020** 9:7,8,13
11:1 14:7
15:25 16:13
**2021** 12:7,9
**2022** 12:8
**2025** 1:13
**2530533dwh11**
1:5

**3**

**3426** 2:20 27:25
27:25

**4**

**4** 3:4
**4110** 2:4
**417-0508** 2:15
**450** 2:14

**5**

**5** 1:12
**503** 2:10,15
**506** 2:4
**552-1467** 2:10

**6**

**6:16** 1:13
**6:53** 25:16
**6:55** 25:17 26:10
**6000** 2:14

**7**

**8**

**867-2440** 2:5

**9**

**97035** 2:14
**971** 2:5
**97209** 2:9
**97214** 2:4

**EXHIBIT 17**
**32 of 32**